ERRATA

<u>Amcor Flexibles Kreuzlingen AG v. United States</u>, Court No. 16-00193, Slip Op. 22-15, dated February 22, 2022:

Page 1:     On line 14, replace "Ag" with "AG"

Page 7:     On line 5, replace "4911.88.80" with "4911.99.80"

March 4, 2022.